

# In the Missouri Court of Appeals
# Eastern District

JUNE 10, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.     ED99743     STATE OF MISSOURI, RES V JAMES MEADORS, APP

2.     ED99872 JAMES FIGGEMEIER, RES V. LINDA FIGGEMEIER, APP

3.     ED100159 STATE OF MISSOURI, RES V FRED D. HUDSON, APP

4.     ED100275 SHEILA DAVID, APP V. STATE OF MISSOURI, RES

5.     ED100318 TIMOTHY POWERS, APP V. DIRECTOR OF REVENUE, RES

6.     ED100546 COUNTY OF JEFFERSON, APP V. CAROLINE DENNIS, RES

7.     ED100626 GLENDA ROOKS, APP V. NEW PRIME, INC., & DES, RES